| | | |
|---|---|---|
| A.L.M. HOLDING COMPANY and | ) | |
| ERGON ASPHALT & EMULSIONS, INC. | ) | |
| | ) | |
| Plaintiffs. | ) | Civil Action No. 3:23-cv-467 |
| | ) | |
| v. | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| HI-TECH ASPHALT SOLUTIONS, INC., | ) | |
| ZYDEX INDUSTRIES and | ) | |
| ZYDEX INC. | ) | |
| | ) | |
| Defendants. | ) | |

## FINANCIAL INTEREST DISCLOSURE STATEMENT

Pursuant to Local Rule 7.1 of the United States District Court for the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualifications or recusal, the undersigned counsel for Ergon Asphalt & Emulsions, Inc. in the above captioned action, certifies that there are no parents, trusts, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public.


Dated:  July 21, 2023

By: _____/s/_____
William R. Poynter, VSB No. 48672
Kaleo Legal
4456 Corporation Lane, Suite 135
Virginia Beach, VA 23462
wpoynter@kaleolegal.com
Phone: 757-238-6383
Fax: 757-304-6175

Jeffer Ali (to be admitted pro hac vice)
John C. Wittmer (to be admitted pro hac vice)
**PATTERSON THUENTE, P.A.**
4800 IDS Center
80 S. 8th Street
Minneapolis, MN  55402-2100
Phone: 612-349-3004

Fax:     612-349-9266
ali@ptslaw.com
wittmer@ptslaw.com

*Counsel for Ergon Asphalt & Emulsions, Inc.*

2