IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

A.L.M. Holding Company, *et al.*,
    Plaintiffs,

v.                                                Civil No. 3:23cv467 (DJN)

Hi-Tech Asphalt Solutions, Inc. et al, *et al.*,
    Defendants.

## ORDER
### (Granting Motion for Extension of Time to Complete Service)

This matter comes before the Court on Plaintiffs A.L.M. Holding Company and Ergon Asphalt & Emulsions, Inc.'s ("Plaintiffs") Motion for Extension of Time to Complete Service ("Motion" (ECF No. 18)), moving the Court for an extension of time to complete service of the Amended Complaint on Zydex Industries Private Limited pursuant to Federal Rule of Civil Procedure 4(m). For the reasons stated in the motion, and for good cause shown, the Court hereby GRANTS Plaintiffs' Motion (ECF No. 18). Plaintiffs shall have until November 3, 2023 to accomplish service of the Amended Complaint on Zydex Industries Private Limited.

Let the Clerk file a copy of this Order electronically and notify all counsel of record.

It is so ORDERED.

                                                              /s/
                                                David J. Novak
                                                United States District Judge

Richmond, Virginia
Dated:  October 30, 2023