IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| A.L.M. HOLDING COMPANY and ERGON ASPHALT & EMULSIONS, INC., <br><br>    Plaintiffs, <br><br>v. <br><br>HI-TECH ASPHALT SOLUTIONS, INC., and ZYDEX INC., <br><br>    Defendants. | ) <br> ) <br> ) <br> ) Civil Action No.3:23-CV-00467 <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiffs A.L.M. Holding Company and Ergon Asphalt & Emulsions, Inc. ("Plaintiffs"), by counsel, hereby dismiss Defendant Zydex Inc. from this action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) without prejudice, because Zydex Inc. has served neither an answer nor a motion for summary judgment.

Dated: November 9, 2023

Respectfully Submitted,

\_\_/s/_____
William R. Poynter (VSB No. 48672)
KALEO LEGAL
4456 Corporation Lane, Ste 135
Virginia Beach, Virginia 23462
Tele: (757) 238-6383
Fax: (757) 304-6175
wpoynter@kaleolegal.com
rdougherty@kaleolegal.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 9, 2023 the attached pleading was filed using this Court's CM/ECF filing service and, accordingly, a copy will be provided to counsel of record.

                                              __/s/_____
                                        William R. Poynter (VSB No. 48672)
                                        KALEO LEGAL
                                        4456 Corporation Lane
                                        Suite 135
                                        Virginia Beach, Virginia 23462
                                        Tele: (757) 238-6383
                                        Fax: (757) 304-6175
                                        wpoynter@kaleolegal.com